# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELEAZAR VILLEGAS (4),<br><br>    Defendant. | Case No. 22CR146-JLS<br><br>**ORDER ON JOINT MOTION TO CONTINUE** |

Pursuant to joint motion, it is hereby ordered that the motion/trial setting hearing in the above entitled case be continued from September 23, 2022, at 1:30 p.m., to October 7, 2022, at 1:30 p.m., before the Honorable Janis L. Sammartino.

Defendant shall file an acknowledgment of the new hearing date by September 21, 2022. The period of delay from the filing of the joint motion until October 7, 2022, shall be excluded in the interests of justice to facilitate continued defense review.

IT IS SO ORDERED

DATED: September 9, 2022

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

1